### DECLARATORY AND INJUNCTIVE RELIEF ALLEGATION

35. An actual and substantial controversy exists between Plaintiff and Defendants as to his respective legal rights and duties. Plaintiff contends that Defendants' actions violate Plaintiff's rights. Defendants contend the opposite.

36. Defendants' failure to timely process Plaintiff's naturalization application, including any name check, has caused and will continue to cause irreparable injury to Plaintiff.

### CAUSES OF ACTION

### COUNT ONE

### RIGHT TO DE NOVO JUDICIAL DETERMINATION
### OF APPLICATION FOR NATURALIZATION
### 8 U.S.C. § 1447(B)

**[By the Named Plaintiff Against Defendants Still, Gonzalez and Chertoff]**

37. The allegation contained in paragraphs 1 through 36 above are repeated and incorporated as though fully set forth herein.

38. Because Respondents have failed to adjudicate Plaintiff's naturalization application within 120 days after the date of his naturalization examination, Plaintiff is entitled to novo adjudication of his naturalization application by this Court under 8 U.S.C. § 1447(b).

39. This Court should grant Plaintiff's naturalization application pursuant to 8 U.S.C. § 1447(b), because Plaintiff meets all of the requirements for naturalization under chapter 2 of the Immigration and Nationality Act, 8 U.S.C. § 1421 et seq., and therefore has a right to become a naturalized citizen of the United States.

### COUNT TWO

### UNREASONABLE DELAY
### IN VIOLATION OF THE ADMINISTRATIVE PROCEDURES ACT

**[By the Named Plaintiff on Behalf of the Proposed Class Against All Defendants]**

40. The allegation contained in paragraphs 1 through 39 above are repeated and incorporated as though fully set forth herein.

---

7

Case No.:

PETITION FOR HEARING ON NATURALIZA APPLICATION UNDER 8 U.S.C. § 1447(B)

41. The Administrative Procedure Act requires administrative agencies to conclude matters presented to them "within a reasonable time." 5 U.S.C. § 555. A district court reviewing agency action may "compel agency action unlawfully withheld or unreasonably delayed." 5 U.S.C. § 706(1). The court also may hold unlawful and set aside agency action that, inter alia, is found to be "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law," 5 U.S.C. § 706(2)(A); "in excess of statutory jurisdiction, authority, or limitations, or short of statutory right," 5 U.S.C. § 706(2)(C); or "without observance of procedure required by law," 5 U.S.C.§ 706(2)(D). "Agency action" includes, in relevant part, "an agency rule, order, license, sanction, relief, or the equivalent or denial thereof, or failure to act." 5 U.S.C. §551(13).

42. The failure of Defendants Still, Gonzalez and Chertoff to adjudicate the application for naturalization of the proposed plaintiff class within 120 days of the date of naturalization examination on the basis of "name check," in violation of 8 U.S.C. § 1446(d) and 8 C.F.R. § 335, violates the Administrative Procedure Act, 5 U.S.C. § 555(b); 5 U.S.C. §§ 706(1), 706(2)(A), 706(2)(C), 706(2)(D).

43. The failure of Defendants Mueller and Mukasey to timely complete "name check," with the full knowledge that CIS requires the completion of such "name check" for adjudication of application for naturalization of the proposed plaintiff class, violates the Administrative Procedure Act, 5 U.S.C. § 555(b); 5 U.S.C. §§ 706(1), 706(2)(A), 706(2)(C), 706(2)(D).

44. Defendants' failure to set deadline for completing "name check," to track the number and status of naturalization case awaiting final adjudication solely on the basis of FBI "name check", to track the number and status of naturalization case awaiting final adjudication for more than 120 days after the naturalization examination, and to take all the other reasonable steps necessary to complete the adjudication of application for naturalization of the proposed plaintiff class, in violation of 8 U.S.C. § 1446(d) and 8 C.F.R. § 335, violates the Administrative Procedure Act, 5 U.S.C. § 555(b); 5 U.S.C. §§ 706(1), 706(2)(A), 706(2)(C), 706(2)(D).

45. As a result of Defendants' actions, Plaintiff has suffered and continue to suffer injury. Declaratory and injunctive relief are therefore warranted.

**PRAYER FOR RELIEF**

WHEREFORE, in view of the arguments and authority noted herein, Petitioner prays for the following relief:

a. Assume jurisdiction over the matter;

b. Certify this case as a class action lawsuit, as proposed herein;

c. Review de novo and grant the named Plaintiff's application for naturalization, pursuant to 8 U.S.C. § 1447(b);

d. Order Defendants to promptly adjudicate, in a time period not to exceed 90 days;

e. Order that any name check Defendants choose to conduct shall be completed in a manner that does not delay adjudication of naturalization application of the proposed class beyond 120 days of the applicant naturalization examination;

f. Order Defendants to adopt a procedure for identifying naturalization case awaiting final adjudication based solely on FBI "name check", and for identifying naturalization case awaiting final adjudication for more than 120 days after successful completion of naturalization examination;

g. Issue a declaratory judgment holding unlawful: (a) the failure of Defendants Still, Gonzalez and Chertoff to adjudicate application for naturalization within 120 days of the date of the naturalization examination; (b) The failure of Defendants Mueller and Mukasey to complete "name check" within a reasonable time; and (c) Defendants' failures to take all necessary steps to adjudicate application for naturalization within 120 days of the date of the naturalization examination.

9

Case No.:

PETITION FOR HEARING ON NATURALIZA APPLICATION UNDER 8 U.S.C. § 1447(B)

1  Dated: February 6, 2008                    Respectfully submitted,
2                                             Xiaojiang Wu
3                                             41247 Norman Ct.
4                                             Fremont, CA 94539
5                                             Telephone: (510)226-7368
6                                             Facsimile: (510)226-7368
7                                             Email: xjwu66@yahoo.com
8
9
10                                      By: ___/s/ Xiaojiang Wu_____
11                                             Xiaojiang Wu
12                                             Plaintiff
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

10

Case No.:

PETITION FOR HEARING ON NATURALIZA APPLICATION UNDER 8 U.S.C. § 1447(B)