1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                             SAN FRANCISCO DIVISION
11
   XIAOJIANG WU,                           )
12                                         )  No. C 08-0828 WHA
                   Plaintiff,              )
13                                         )
             v.                            )  **STIPULATION TO DISMISS and**
14                                         )  **[PROPOSED] ORDER**
   ROBERT S. MUELLER, III, Director of the )
15 Federal Bureau of Investigations, et al., )
                                           )
16                 Defendants.             )
                                           )
17 ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

18      Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby

19 stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without

20 prejudice in light of the fact that the United States Citizenship and Immigration Services

21 adjudicated Plaintiff's application for naturalization.

22 ///

23 ///

24 ///

25 ///

26 ///

27

28

Stipulation to Dismiss
C 08-0828 WHA                              1

Each of the parties shall bear their own costs and fees.

Date: April 8, 2008                         Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

/s/
Date: April 8, 2008                         XIAOJIANG WU
*Pro se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: April 9, 2008.

WILLIAM ALSUP
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dismiss
C 08-0828 WHA                                    2